**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 183 EAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ANEL CUENAS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**. The Motion to Withdraw as Counsel, and for this Matter to be Remanded to the PCRA Court, for Substitute Counsel to be Appointed is **DENIED** as moot.